IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00995-ZLW-BNB

BP SOURCING, LLC,

    Plaintiff,

v.

FLEETWOODGOLDCOWYARD, INC.,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July   25  , 2007


    It is ORDERED that Plaintiff's Motion For Leave To File/Serve Plaintiff BP Sourcing, LLC's First Amended Complaint And Jury Demand is granted, over objection. It is

    FURTHER ORDERED that the Amended Complaint attached as an Exhibit to Plaintiff's motion shall be separately filed with the Court and served upon Defendant on or before July 30, 2007.