IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00995-ZLW-BNB

BP SOURCING, LLC,

Plaintiff,

v.

FLEETWOODGOLDCOWYARD, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Defendant's Motion for Additional Time to Respond to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents** [Doc. # 28, filed 9/25/2007] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The defendant shall have to and including November 6, 2007, within which to respond to the plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.

The parties are warned that continuing failure to comply meaningfully with the requirements of D.C.COLO.LCivR 7.1A may result in the imposition of sanctions. See Hoelzel v. First Select Corp., 214 F.R.D. 634, 636 (D. Colo. 2003)(noting that compliance with local rule 7.1A requires that the parties "compare views and attempt to reach an agreement, including by compromise if appropriate").

Dated October 15, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge