IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00995-ZLW-BNB

BP SOURCING, LLC,

Plaintiff,

v.

FLEETWOODGOLDCOWYARD, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion . . . Granting Additional Time [etc.]** [Doc. # 36, filed 11//2/2007] (the "Motion for Extension").  The parties seek to "suspend[] all discovery"; extend by 22 days, to November 28, 2007, the date by which Fleetwood must respond to BP's first set of discovery; and extend by 14 days, to December 10, 2007, the date by which BP must respond to Fleetwood's third production request.  Motion for Extension at p.1.  The purpose of the requested relief is to allow the parties to pursue settlement discussions and "to avoid additional legal fees and costs that otherwise will be unnecessary if the parties reach a settlement agreement."  Id. at p.2.  Finally, the parties state that "the requested additional time will not interfere with any time set for the completion of discovery."  Id.

I will not stay discovery while the parties pursue settlement.  The parties may voluntarily refrain from serving further discovery during that time, if they believe that is appropriate.  I will grant the brief extensions requested for responding to outstanding discovery, but I do so in large part on the parties' representation that the extensions will not interfere with the case schedule in

place. These extensions will not form the basis for any finding of good cause to extend the discovery cut-off or other case deadlines, however.

IT IS ORDERED that the Motion for Extension is GRANTED to extend the date by which Fleetwood must respond to BP's first set of discovery to November 28, 2007, and to extend the date by which BP must respond to Fleetwood's third production request to December 10, 2007. The Motion for Extension is DENIED in all other respects.

Dated November 6, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge