IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00995-ZLW-BNB

BP SOURCING, LLC,

      Plaintiff,

v.

FLEETWOODGOLDCOWYARD, INC.,

      Defendant.

---

## ORDER OF DISMISSAL

---

      It is ORDERED that Plaintiff BP Sourcing, LLC's Motion For Dismissal (Doc. No. 39) is granted.  Defendant's counsel has informed the Court that Defendant has no objection to the motion.  It is

      FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), the parties to pay their own costs and attorney's fees.

      DATED at Denver, Colorado, this  28  day of November, 2007.

      BY THE COURT:

      *Zita L. Weinshienk*
      ZITA L. WEINSHIENK,  Senior Judge
      United States District Court